

# United States District Court
# Eastern District of California

| BILLY STEFFEY |
|---|

Plaintiff(s)

V.

| AFFIRM LOAN SERVICES, LLC, et al. |
|---|

Defendant(s)

Case Number: 2:24-cv-01397

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Madeline Aller Hock hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
RC Willey Home Furnishings

On 10/16/2018 (date), I was admitted to practice and presently in good standing in the United States District Court of Utah (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 7/12/2024         Signature of Applicant: /s/ Madeline Hoell

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Madeline Aller Hock |
| Law Firm Name: | Dentons Durham Jones Pinegar P.C. |
| Address: | 111 South Main Street, Suite 2400 |
| City: | Salt Lake City   State: UT   Zip: 84111 |
| Phone Number w/Area Code: | (801) 415-3000 |
| City and State of Residence: | Bountiful, UT |
| Primary E-mail Address: | madeline.hock@dentons.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | David W. Tufts |
| Law Firm Name: | Dentons Durham Jones Pinegar P.C. |
| Address: | 111 South Main Street, Suite 2400 |
| City: | Salt Lake City   State: UT   Zip: 84111 |
| Phone Number w/Area Code: | (801) 415-3000   Bar # 180817 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 15, 2024

_Chi Soo Kim_
UNITED STATES MAGISTRATE JUDGE

AO 136

## CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

### District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

# Madeline Aller Hock

Bar #  **16770**,  was duly admitted to practice in this Court on 10/16/2018, and is in good standing as a member of the bar of this Court.



Dated at Salt Lake City, Utah
on July 12, 2024

Gary P. Serdar

*Clerk*

_____
(By) Deputy Clerk