# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY STEFFEY,** | Case No.: 2:24-cv-01397-CSK |
| Plaintiff, | **MODIFIED [PROPOSED] ORDER** |
| v. | |
| **AFFIRM LOAN SERVICES, LLC, et al.,** | **HON. CHI SOO KIM** |
| Defendant(s). | |

Based upon Plaintiff BILLY STEFFEY's Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), this Court hereby orders Defendant Citibank, N.A. to be, and is, dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 22, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

, stef1397.24