

United States District Court
Eastern District of California

| BILLY STEFFEY | Case Number: | 2:24-cv-01397-DAD-CSK |

Plaintiff(s)

V.

AFFIRM LOAN SERVICES, LLC, CITIBANK,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Heliane Fabian hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Trans Union LLC

On 11/02/2018 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/02/2018          Signature of Applicant: /s/ Heliane Fabian

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Heliane Fabian |
| Law Firm Name: | Quilling, Selander, Lownds, Winslett & Moser, P.C. |
| Address: | 6900 N. Dallas Pkwy, Suite 800 |
| City: | Plano   State: TX   Zip: 75024 |
| Phone Number w/Area Code: | (214) 560-5450 |
| City and State of Residence: | Plano, Texas |
| Primary E-mail Address: | hfabian@qslwm.com |
| Secondary E-mail Address: | swright@qslwm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ritika Singh |
| Law Firm Name: | Quilling, Selander, Lownds, Winslett & Moser, P.C. |
| Address: | 6900 N. Dallas Pkwy, Suite 800 |
| City: | Plano   State: TX   Zip: 75024 |
| Phone Number w/Area Code: | (214) 560-5442   Bar # 329197 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 12, 2024

_Dale A. Droyd_
JUDGE, U.S. DISTRICT COURT