**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Telephone: (805) 994-0177
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Billy Steffey

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY STEFFEY,<br><br>    Plaintiff,<br><br>v.<br><br>AFFIRM LOAN SERVICES, LLC; CITIBANK, N.A.; DISCOVER BANK; RC WILLEY HOME FURNISHINGS; TD BANK, N.A.; ROBINHOOD CREDIT, INC. DBA X1, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>    Defendants. | **Case No.:** 2:24-cv-01397-DAD (CSK)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT AFFIRM LOAN SERVICES, LLC**<br><br>**HON. DALE A. DROZD** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff BILLY STEFFEY ("Plaintiff") and Defendant AFFIRM LOAN SERVICES, LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Affirm Loan Services, LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Affirm Loan Services, LLC be vacated.

Date: February 5, 2025                                                              **LOKER LAW, APC**

BY:  ___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 2:24-cv-01397-DAD (CSK)**     **1 OF 1**     *Steffey v. Affirm Loan Services, LLC, et al.*
**NOTICE OF SETTLEMENT WITH DEFENDANT AFFIRM LOAN SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement with Defendant Affirm Loan Services, LLC* has been submitted on February 5, 2025 to all defense counsel of record via e-mail and U.S. Mail.

    /s/ MATTHEW M. LOKER
    MATTHEW M. LOKER, ESQ.

**CASE NO.: 2:24-cv-01397-DAD (CSK)**      *Steffey v. Affirm Loan Services, LLC, et al.*
**PROOF OF SERVICE**