**LOKER LAW, APC**
Mikayla G. Regier (354900)
mikayla@loker.law
Telephone: (805) 623-6033
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Billy Steffey

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY STEFFEY,<br><br>Plaintiff,<br><br>v.<br><br>AFFIRM LOAN SERVICES, LLC; CITIBANK, N.A.; DISCOVER BANK; RC WILLEY HOME FURNISHINGS; TD BANK, N.A.; ROBINHOOD CREDIT, INC. DBA X1, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendants. | **Case No.:** 2:24-cv-01397 DAD (CSK)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. DALE A. DROZD** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff BILLY STEFFEY ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Experian Information Solutions, Inc. be vacated.

Date: April 9, 2025                                                    **LOKER LAW, APC**

BY:   ___/S/ MIKAYLA G. REGIER___
       MIKAYLA G. REGIER, ESQ.
       ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 2:24-cv-01397 DAD (CSK)**   **1 OF 1**   *Steffey v. Affirm Loan Services, LLC, et al.*
**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Experian Information Solutions, Inc.* has been submitted on April 9, 2025 to all defense counsel of record via e-mail and U.S. Mail.

      /s/ MIKAYLA G. REGIER
MIKAYLA G. REGIER, ESQ.

CASE NO.: 2:24-cv-01397 DAD (CSK)　　　　*Steffey v. Affirm Loan Services, LLC, et al.*
**PROOF OF SERVICE**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420